[No. 15266-1-I.   Division One.   May 5, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL SHERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00554-4, Charles V. Johnson, J., entered July 27, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 13175-3-I.   Division One.   May 5, 1986.]

HOWARD A. OLDS, INC., *Respondent*, v. JAMES T. HOLTZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-2-02064-6, John F. Wilson, J., entered April 26, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 14368-9-I.   Division One.   May 5, 1986.]

RALPH C. MUTCHLER, ET AL, *Appellants*, v. PETER A. VAN DYK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-2-00537-6, Byron L. Swedberg, J., entered December 16, 1983. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams, J., and Revelle, J. Pro Tem.